23cr113



# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

1  JASON M. FRIERSON
   United States Attorney
2  District of Nevada
   Nevada Bar Number 7709
3  JOSHUA BRISTER
   Assistant United States Attorney
4  501 Las Vegas Boulevard South
   Suite 1100
5  Las Vegas, Nevada 89101
   702-388-6336 (phone)
6  joshua.brister@usdoj.gov
   *Attorneys for the United States of America*

```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
                    COUNSEL/PARTIES OF RECORD

            JUN 20 2023

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY:_____ DEPUTY
```

7                    UNITED STATES DISTRICT COURT
8                         DISTRICT OF NEVADA

9   UNITED STATES OF AMERICA,                    **SEALED**
                                                 **CRIMINAL INDICTMENT**
10                 Plaintiff,
                                                 Case No. 2:23-cr-0113-CDS-NJK
11          v.

12  DARRELL GLEN HARRIS,
                                                 **VIOLATIONS:**
13  JOEY LAMAR MCROYAL,
                                                 Conspiracy to Distribute a Controlled
14  LAMAR DESHAWN ROSSER,                        Substance (Methamphetamine and
    aka "Lamar Deshawn Sparks,"                  Fentanyl) – 21 U.S.C. §§ 846, 841(a)(1),
                                                 841(b)(1)(A)(viii), and 841(b)(1)(B)(vi)
15  PAULINA HERNANDEZ, and
                                                 Distribution of a Controlled Substance
16  ALEXANDRA TRINEYSHA                          (Methamphetamine) – 21 U.S.C.
    HENRIQUES,                                   §§ 841(a)(1), 841(b)(1)(A)(viii)
17
                   Defendants.                   Distribution of a Controlled Substance
18                                               (Fentanyl) – 21 U.S.C. §§ 841(a)(1) and
                                                 841(b)(1)(B)(vi)
19
                                                 Engaging in the Business and Dealing in
20                                               Firearms Without a License – 18 U.S.C. §§
                                                 922(a)(1)(A), 923(a), and 924(a)(1)(D)
21
                                                 Possession with Intent to Distribute a
22                                               Controlled Substance (Methamphetamine)
                                                 – 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii),
23                                               and 18 U.S.C. § 2

Possession with Intent to Distribute a
Controlled Substance (Fentanyl) –
21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(vi),
and 18 U.S.C. § 2)

Possession with Intent to Distribute a
Controlled Substance (Cocaine) –
21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and
18 U.S.C. § 2)

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE
Conspiracy to Distribute a Controlled Substance (Methamphetamine and Fentanyl)
(21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii), and 841(b)(1)(B)(vi))

From a time unknown but no earlier than August 2022, and continuing up to and including on or about June 20, 2023, in the State and Federal District of Nevada and elsewhere,

**DARRELL GLEN HARRIS,**
**JOEY LAMAR MCROYAL,**
**LAMAR DESHAWN ROSSER, aka "Lamar Deshawn Sparks,"**
**PAULINA HERNANDEZ, and**
**ALEXANDRA TRINEYSHA HENRIQUES,**

defendants herein, and others known and unknown to the Grand Jury, knowingly combined, conspired, confederated, and agreed with each other to distribute 50 grams or more of actual methamphetamine, a Schedule II controlled substance, and 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A)(viii), and 841(b)(1)(B)(vi).

## COUNT TWO
Distribution of a Controlled Substance (Methamphetamine)
(21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii))

On or about August 23, 2022, in the State and Federal District of Nevada,

### JOEY LAMAR MCROYAL,

defendant herein, knowingly and intentionally distributed 50 grams or more of actual methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT THREE
Distribution of a Controlled Substance (Methamphetamine)
(21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), and 18 U.S.C. § 2)

On or about September 22, 2022, in the State and Federal District of Nevada,

### JOEY LAMAR MCROYAL, and
### LAMAR DESHAWN ROSSER, aka "Lamar Deshawn Sparks,"

defendants herein, aiding and abetting one another, knowingly and intentionally distributed 50 grams or more of actual methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## COUNT FOUR
Distribution of a Controlled Substance (Methamphetamine)
(21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii))

On or about October 25, 2022, in the State and Federal District of Nevada,

### LAMAR DESHAWN ROSSER, aka "Lamar Deshawn Sparks,"

defendant herein, knowingly and intentionally distributed 50 grams or more of actual methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT FIVE
Distribution of a Controlled Substance (Methamphetamine)
(21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii))

On or about December 5, 2022, in the State and Federal District of Nevada,

**LAMAR DESHAWN ROSSER, aka "Lamar Deshawn Sparks,"**

defendant herein, knowingly and intentionally distributed 50 grams or more of actual methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT SIX
Distribution of a Controlled Substance (Fentanyl)
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(vi))

On or about January 26, 2023, in the State and Federal District of Nevada,

**JOEY LAMAR MCROYAL,**

defendant herein, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

## COUNT SEVEN
Distribution of a Controlled Substance (Fentanyl)
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(vi))

On or about March 6, 2023, in the State and Federal District of Nevada,

**JOEY LAMAR MCROYAL,**

defendant herein, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]

1   propenamide (fentanyl), a Schedule II controlled substance, all in violation of Title 21,

2   United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

3

4                                **COUNT EIGHT**
                    Distribution of a Controlled Substance (Methamphetamine)
                          (21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii))

5

6       On or about March 6, 2023, in the State and Federal District of Nevada,

7                          **JOEY LAMAR MCROYAL,**

8   defendant herein, knowingly and intentionally distributed 50 grams or more of actual

9   methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United

10  States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

11                               **COUNT NINE**
                    Distribution of a Controlled Substance (Methamphetamine)
12                 (21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), and 18 U.S.C. § 2)

13      On or about March 16, 2023, in the State and Federal District of Nevada,

14                       **JOEY LAMAR MCROYAL, and**
                           **PAULINA HERNANDEZ,**

15

16  defendants herein, aiding and abetting one another, knowingly and intentionally distributed

17  50 grams or more of actual methamphetamine, a Schedule II controlled substance, all in

18  violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title

19  18, United States Code, Section 2.

20

21

22

23

24

                                        5

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

## COUNT TEN
Engaging in the Business and Dealing in Firearms Without a License
(18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D))

On or about March 27, 2023, in the State and Federal District of Nevada,

**PAULINA HERNANDEZ,**

defendant herein, not being a licensed dealer, importer, and manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, willfully engaged in the business of dealing in, importing, and manufacturing firearms, all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT ELEVEN
Distribution of a Controlled Substance (Methamphetamine)
(21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), and 18 U.S.C. § 2)

On or about March 27, 2023, in the State and Federal District of Nevada,

**JOEY LAMAR MCROYAL,**
**LAMAR DESHAWN ROSSER, aka "Lamar Deshawn Sparks,"**
**and**
**ALEXANDRA TRINEYSHA HENRIQUES,**

defendants herein, aiding and abetting one another, knowingly and intentionally distributed 50 grams or more of actual methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## COUNT TWELVE
Distribution of a Controlled Substance (Fentanyl)
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(vi))

On or about April 20, 2023, in the State and Federal District of Nevada,

**JOEY LAMAR MCROYAL,**

defendant herein, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

## COUNT THIRTEEN
Possession with Intent to Distribute a Controlled Substance (Methamphetamine)
(21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), and 18 U.S.C. § 2)

On or about April 21, 2023, in the State and Federal District of Nevada,

**DARRELL GLEN HARRIS,**
**JOEY LAMAR MCROYAL, and**
**PAULINA HERNANDEZ,**

defendants herein, aiding and abetting one another, knowingly and intentionally possessed with intent to distribute 50 grams or more of actual methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i), and Title 18, United States Code, Section 2.

## COUNT FOURTEEN
Possession with Intent to Distribute a Controlled Substance (Fentanyl)
(21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(vi), and 18 U.S.C. § 2)

On or about April 21, 2023, in the State and Federal District of Nevada,

**DARRELL GLEN HARRIS,**
**JOEY LAMAR MCROYAL, and**
**PAULINA HERNANDEZ,**

1   defendants herein, aiding and abetting one another, knowingly and intentionally possessed

2   with intent to distribute 40 grams or more of a mixture and substance containing a detectable

3   amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule

4    II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1)

5   and 841(b)(1)(A)(i), and Title 18, United States Code, Section 2.

## COUNT FIFTEEN
Possession with Intent to Distribute a Controlled Substance (Cocaine)
(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 18 U.S.C. § 2)

On or about April 21, 2023, in the State and Federal District of Nevada,

**DARRELL GLEN HARRIS,**
**JOEY LAMAR MCROYAL, and**
**PAULINA HERNANDEZ,**

defendants herein, aiding and abetting one another, knowingly and intentionally possessed

with intent to distribute a mixture and substance containing a detectable amount of cocaine,

a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections

841(a)(1) and 841(b)(1)(A)(i), and Title 18, United States Code, Section 2.

**DATED:** this  20th  day of June, 2023.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

JASON M. FRIERSON
United States Attorney

JOSHUA BRISTER
Assistant United States Attorney