UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

United States of America,

            Plaintiff

   v.

Paulina Hernandez,

            Defendant

Case No. 2:23-cr-00113-CDS-NJK-4

**Order Striking Defendant's
Motion to Dismiss**

[ECF No. 114]

     Defendant Paulina Hernandez filed a motion to dismiss. ECF No. 114. She seeks to dismiss certain counts in the indictment. *Id.* at 33. Hernandez filed the instant motion pro se, even though she is represented by counsel. *See* Order appointing counsel, ECF No. 32. A person who is represented by counsel "cannot while so represented appear or act in the case." LR IA 11-6(a); *United States v. Gallardo*, 915 F. Supp. 216, 218 n.1 (D. Nev. 1995); *see also Le v. Almager*, 2013 WL 415632, at *1 (N.D. Cal. Jan. 31, 2013) ("A court need not consider pro se motions filed by a party who remains represented by counsel."). Consequently, because she is represented by counsel, Hernandez's pro se motion to dismiss **[ECF No. 114] is STRICKEN**.

     Dated: July 16, 2024

_____
Cristina D. Silva
United States District Judge