Ross C. Goodman, Esq.
Nevada Bar No. 7722
GOODMAN LAW GROUP, P.C.
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 383-5088
Facsimile: (702) 385-5088
Email: ross@goodmanlawgroup.com
*Attorney for Paulina Hernandez*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAULINA HERNANDEZ,<br><br>Defendant. | Case No.: 2:23-cr-00113-CDS-NJK<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT HERNANDEZ'S RULE 41(g) MOTION FOR RETURN OF PROPERTY**<br><br>**(First Request)** |

Defendant Paulina Hernandez ("Defendant" or "Hernandez"), by and through her undersigned counsel of record, and Joshua Brister, Esq., Assistant United States Attorney, for the United States of America, ("Plaintiff"), hereby stipulate and agree as follows:

1. On December 23, 2024, Defendant Hernandez filed a Motion for Return of Property (ECF No. 197).

2. The Government's response to the Motion for Return of Property is currently due on January 6, 2025.

3. On December 26, 2024, the Government agreed to return the property which is expected to occur the week of January 6, 2025.

///

///

///

///

1

4. As a result, the parties seek to extend the Government's response time to the Motion for Return of Property to January 17, 2025.

Dated this 27th day of December 2024.

| | |
|---|---|
| GOODMAN LAW GROUP, P.C. | JASON M. FRIERSON, ESQ.<br>United States Attorney |
| /s/ Ross C. Goodman, Esq.<br>By_____<br>Ross C. Goodman, Esq.<br>Attorney for Paulina Hernandez | /s/ Joshua Brister, Esq.<br>By:_____<br>Joshua Brister, Esq.<br>Assistant United States Attorney |

IT IS SO ORDERED.

_____
Nancy J. Koppe
United States Magistrate Judge
Dated: December 30, 2024