# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:23-cr-00113-CDS-NJK |
| Plaintiff, | **Order** |
| v. | |
| PAULINA HERNANDEZ, | |
| Defendant. | |

The Government was ordered to file its response to Defendant's motion for return of property by January 17, 2025. Docket No. 199 at 2. The Government failed to do so. *See* Docket. Accordingly, the Government is **ORDERED** to file its response by January 22, 2025, at 11:00 a.m.

IT IS SO ORDERED.

Dated: January 21, 2025

Nancy J. Koppe
United States Magistrate Judge