# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:23-cr-00113—CDS-NJK |
| Plaintiff, | **Order** |
| v. | (Docket No. 211) |
| DARRELL GLEN HARRIS, *et al.*, | |
| Defendants. | |

Pending before the Court is a motion to withdraw as attorney and appoint new counsel filed by Defendant Paulina Hernandez's appointed attorney, Ross Goodman.  Docket No. 211.

Based on Mr. Goodman's representations in his motion to withdraw as counsel, the Court **GRANTS** his motion.  Docket No. 211.  Mr. Goodman is withdrawn as Defendant Hernandez's attorney.  The Court **ORDERS** the immediate appointment of new counsel from the CJA panel to represent Defendant Hernandez.  New counsel is directed to contact Mr. Goodman immediately upon appointment, so that he can arrange for the transfer of his file.

IT IS SO ORDERED.

DATED: February 28, 2025.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE