# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>PAULINA HERNANDEZ,<br><br>                    Defendant. | Case No.: 2:23-cr-00113-CDS-NJK<br><br>**Order**<br><br>(Docket Nos. 285, 295) |

On August 12, 2025, Defendant Paulina Hernandez filed a motion to compel discovery. Docket No. 285. That same day, the Court found that the parties had failed to engage in a proper meet and confer and ordered them to do so, no later than August 15, 2025. *See* Docket No. 286. Defendant has now filed a motion to withdraw her motion to compel, as the meet and confer in which the parties engaged on August 14, 2025, resolved the issue in the motion. Docket No. 295.

Accordingly,

Defendant's motion to withdraw is **GRANTED**. Docket No. 295. Defendant's motion to compel discovery is deemed **WITHDRAWN**. Docket No. 285. Any future motions must comply in full with all Local Rules.

IT IS SO ORDERED.

DATED: August 15, 2025.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE