**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:23-cr-00113-CDS-NJK |
| Plaintiff, | **Order Setting Hearing** |
| v. | (Docket No. 381) |
| PAULINA HERNANDEZ, | |
| Defendant. | |

Pending before the Court is Defendant Paulina Hernandez's attorneys' motion to withdraw as counsel and appoint new counsel. Docket No. 381. The Court hereby sets the motion for hearing on April 30, 2026, at 10:00 a.m. in courtroom 3C. Defendant and her counsel are required to be present in the courtroom at the hearing.

IT IS SO ORDERED.

DATED: April 22, 2026.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE