# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

PAULINA HERNANDEZ,

    Defendants.

Case No. 2:23-cr-00113-CDS-NJK

**ORDER GRANTING**
**STIPULATION TO CONTINUE HEARING**
**[ECF 382](First Request)**

IT IS HEREBY STIPULATED AND AGREED by and between Assistant United States Attorneys Joshua Brister and Brian Whang, counsel for the United States of America, and Defendant Paulina Hernandez, by and through her attorneys, Maysoun Fletcher, Esq. and Chris T. Rasmussen, Esq., that, due to conflicts in the parties' schedules, the hearing on Ms. Hernandez's attorney's motion to withdraw as counsel and appoint new counsel [ECF 381] that is currently scheduled for April 30, 2026 at 10:00 a.m. [ECF 382] be vacated and continued to one of the following dates: April 27, 2026 between 1:30 p.m. and 3:30 p.m.; April 29, 2026 after 1:00 p.m.; May 1, 2026, anytime convenient to the Court; or May 4-5, 2026 after 1:00 p.m.

Dated this 24th day of April, 2026.


_/s/ Maysoun Fletcher_                    _/s/ Joshua Brister_
MAYSOUN FLETCHER, ESQ.              JOSHUA BRISTER
Counsel for Paulina Hernandez        Assistant United States Attorney


_/s/ Chris T. Rasmussen_                  _/s/ Brian Whang_
CHRIS T. RASMUSSEN, ESQ.           BRIAN WHANG
Counsel for Paulina Hernandez        Assistant United States Attorney


## ORDER

Based upon the parties' stipulation and for good cause shown, IT IS THEREFORE ORDERED that the hearing on Ms. Hernandez's attorneys' motion to withdraw as counsel and appoint new counsel [ECF 381] currently scheduled for April 30, 2026 at 10:00 a.m. be vacated and continued to May 1, 2026 _____ at 10:00 a.m. in Courtroom 3C.


DATED: April 24 _____, 2026.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

2